■ In the Matter of EDDIE S. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EMMA C., Appellant. [874 NYS2d 857]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered December 3, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ In the Matter of DAKOTA W., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHERYL L., Appellant. [874 NYS2d 850]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 30, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.